

# COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
### EL PASO, TEXAS

DAVID ROBLES,

§

    Appellant,

§

v.

§

§

TEXAS 26 LLC,

§

    Appellee.

§

§

No. 08-22-00102-CV

Appeal from the

County Court at Law #1

of El Paso County, Texas

(TC# 2022-CCV00176)

## **<u>MEMORANDUM OPINION</u>**

This appeal is before the Court on its own motion to determine whether it should be dismissed for want of prosecution. Finding Appellant, David Robles, has not filed his Appellant's Brief or filed a motion for extension of time to file a brief, we dismiss this appeal for want of prosecution.

On August 18, 2022, the Clerk of the Court sent Appellant a letter indicating that it appeared he no longer wished to pursue this appeal, as neither the Appellant's Brief nor a motion for extension of time had been filed. The letter indicated that the Court would submit this case for dismissal within 10 days unless any party could show grounds for continuing the appeal.

As of this date, Appellant has not filed an Appellant's Brief or a motion for extension of time to file a brief, nor has he responded to correspondence sent by the Court.

Pursuant to Rule 42.3(b) and (c), we dismiss this appeal for want of prosecution. *See*
TEX. R. APP. P. 42.3(b), (c).


August 30, 2022

GINA M. PALAFOX, Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.

2